No. 86–1823. WADDELL v. MICHIGAN. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 85–98. ANSCHUETZ & CO., GMBH. v. MISSISSIPPI RIVER BRIDGE AUTHORITY ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated; and case remanded for further consideration in light of *Société Nationale Industrielle Aérospatiale* v. *United States District Court*, 482 U. S. 522 (1987).

No. 85–99. MESSERSCHMITT BOLKOW BLOHM, GMBH. v. WALKER ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Société Nationale Industrielle Aérospatiale* v. *United States District Court*, 482 U. S. 522 (1987).

No. 86–1738. LACINA ET AL. v. G–K TRUCKING ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *West* v. *Conrail*, 481 U. S. 35 (1987). JUSTICE STEVENS took no part in the consideration or decision of this case.

No. D–622. IN RE DISBARMENT OF PASTERNAK. Disbarment entered. [For earlier order herein, see 480 U. S. 944.]

No. D–643. IN RE DISBARMENT OF ROSENBLEET. It is ordered that Charles Rosenbleet, of Bethesda, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.